UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: 5/21/26

JUDGE:  HON. MADELINE COX ARLEO

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

PROBATION OFFICER:  Michelle Siedzik

Docket No. 25-cr-393(MCA)

Title of Case: U.S.A. v. TAEJIN KIM

Appearances:          Katherine Romano AUSA, for the Government
                      Alyssa Cimino, Esq., for defendant KIM
                      Amy Kim, Interpreter

**Nature of Proceedings:**   Sentencing
Conference held.
Defendant present.
Interpreter sworn.
Sentence: 1 year and 1 day incarceration
Supervised Release: 2 years
Special Conditions:
   1.  Financial disclosure
   2.  New debt restrictions
   3.  Mental health treatment
   4.  Self-employment/business disclosure
Special Assessment: $100.00
Fine: waived
Restitution: $2,253,453.00 interest waived.
Ordered continued bail.
Defendant advised of right to appeal.

Time Commenced 10:45 a.m.                    Time Adjourned: 12:15 p.m.

_Amy Andersonn_
Amy Andersonn, Deputy Clerk